UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LISA GOLDEN<br><br>Debtor.<br><br>LISA KAYE GOLDEN,<br>                            Appellant,<br>v.<br>RICHARD KIPPERMAN,<br>                            Appellee. | Case No.: 18-CV-2089 TWR (NLS)<br>Bankruptcy No.: 17-6928 MM7 &<br>Adversary No. 18-90021 MM<br><br>**ORDER (1) SPREADING MANDATE, AND (2) DISMISSING ACTION FOR FAILURE TO PAY FILING FEE AND COMPLY WITH THE COURT'S ORDER**<br><br>(ECF Nos. 31, 39, 45) |

Presently before the Court is the Mandate of the Court of Appeals for the Ninth Circuit (ECF No. 45). Pursuant to the Ninth Circuit's Order, (*see* ECF No. 45), the Court **SPREADS** the Mandate and resumes jurisdiction over this action.

Also before the Court are the Orders issued by the Honorable Dana M. Sabraw on September 30, 2020, (ECF No. 31), and by this Court on December 2, 2020, (ECF No. 39), requiring Ms. Golden to pay the filing fee in this action. The docket reflects that Ms. Golden has not paid the filing fee, has not subsequently filed a renewed motion to proceed *in forma pauperis*, and has not otherwise declared under penalty of perjury that her financial circumstances have changed such that a fee waiver is now appropriate. (*See*

1 | *generally* Docket.)  Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** this
2 | action for failure to pay the requisite filing fee and for failure to comply with the Court's
3 | December 2, 2020 Order.  *See* S.D. Cal. Civ. L.R. 83.1(a); *see also* Fed. R. Bankr. P.
4 | 8003(a)(3)(C) ("The notice of appeal must . . . be accompanied by the prescribed filing
5 | fee."); 28 U.S.C. § 1930(c) ($5 appeal fee); Bankruptcy Court Miscellaneous Fee Schedule
6 | item 14 ($293 for appeal).  The Clerk of the Court **SHALL CLOSE** the file.
7 |          **IT IS SO ORDERED.**

9 | Dated: August 31, 2021

_____
Honorable Todd W. Robinson
United States District Court